# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT EVANS**, *et al.*, Individually and on behalf of similarly situated individuals,<br><br>       Plaintiffs,<br><br>  v.<br><br>**CITY OF PORTLAND**,<br><br>       Defendant. | Case No. 3:20-cv-1142-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

For the reasons stated on the record, the Court GRANTS Plaintiffs' Motion to Remand (ECF 5). This case is REMANDED to the Circuit Court of the State of Oregon for the County of Multnomah. The Court directs the Clerk of the Court to send the files in this case to the Clerk of the Multnomah County Circuit Court.

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2020.

                                                /s/ *Michael H. Simon*
                                                Michael H. Simon
                                                United States District Judge

PAGE 1 – ORDER