# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### OFFICE OF THE CLERK

Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

MARY L. MORAN
Clerk of Court

MELISSA AUBIN
Chief Deputy Clerk

September 24, 2020

Multnomah County Courthouse
1021 SW Fourth Ave.
Portland, OR 97204

    **Subject:** Remand of Case: Evans et al v. City of Portland
    USDC Case No: 3:20–cv–01142–SI
    Multnomah County Case No: 20CV23349

Dear Clerk:

Pursuant to the Order (certified copy attached) remanding the above–referenced case to your court, enclosed is a certified copy of the District Court's Docket Sheet.

Thank you for your cooperation.

**MARY L. MORAN**
**Clerk of Court**

by: /s/Jody Harper

Jody Harper, Deputy Clerk

Attachments: Certified Copy of Order
Certified Copy of District Court's Docket Sheet

cc: Counsel of Record
    File